IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW VANDERVEEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JWANNA Y. GILZEANE, et. al;<br><br>　　　　　Defendants. | **4:14CV3011**<br><br>**ORDER** |
| KELLI VANDERVEEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JWANNA Y. GILZEANE, et. al;<br><br>　　　　　Defendants. | **4:14CV3012** |

　　　　The above-captioned cases are related and are hereby consolidated for discovery and pretrial preparation, including the pretrial conference setting. The cases involve common questions of law and fact, the parties are the same, and the counsel of record are the same. Consolidating the cases will serve the interests of justice and judicial economy. Accordingly,

　　　　IT IS ORDERED:

1) The following cases are consolidated for discovery and pretrial preparation, including the pretrial conference setting:

　　　　4:14-cv-03011-CRZ Vanderveen v. Gilzeane et al
　　　　4:14-cv-03012-CRZ Vanderveen v. Gilzeane et al

2) 4:14-cv-03011-CRZ Vanderveen v. Gilzeane et al is hereby designated as the "Lead Case," and 4:14-cv-03012-CRZ Vanderveen v. Gilzeane et al is designated as a "Member Case."

2

3) The court's CM/ECF System has the capacity for "spreading" text among consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in the Member Case. To this end, the parties are instructed to file in the Lead Case, 4:14-cv-03011-CRZ <u>Vanderveen v. Gilzeane et al</u>, all further documents except those described in paragraph 4 and to select the option "yes" in response to the System's question of whether to spread the text.

4) The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; to file items related to service of process; or to file notices of appeal. In addition, any objection to consolidation for trial that may be filed by the plaintiff shall be filed in only 4:14-cv-03012-CRZ <u>Vanderveen v. Gilzeane et al</u>.

5) If a party believes that an item in addition to those described in paragraph 4 should not be filed in both of these consolidated cases, the party must move for permission to file the item in only one of the cases. The motion must be filed in both of the consolidated cases using the spread text feature.

March 31, 2014.

BY THE COURT:

<u>*s/ Cheryl R. Zwart*</u>
United States Magistrate Judge