IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW VANDERVEEN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JWANNA Y. GILZEANE, et. al;<br><br>　　　　　Defendants. | **4:14CV3011**<br><br>**ORDER** |
| KELLI VANDERVEEN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JWANNA Y. GILZEANE, et. al;<br><br>　　　　　Defendants. | **4:14CV3012** |

After conferring with counsel, and with their agreement, the above-captioned cases are consolidated for not only pretrial preparation, but also for trial.

May 30, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge