IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW VANDERVEEN, | |
| Plaintiff, | **4:14CV3011** |
| vs. | |
| | **ORDER** |
| JWANNA Y. GILZEANE, et. al; | |
| Defendants. | |
| KELLI VANDERVEEN, | |
| Plaintiff, | **4:14CV3012** |
| vs. | |
| JWANNA Y. GILZEANE, et. al; | |
| Defendants. | |

1)   The trial and pretrial conference are continued pending further order of the court.

2)   A telephonic conference with the undersigned magistrate judge will be held on **October 14, 2014** at **1:30 p.m.** to discuss the parties' progress toward settlement and a further case progression schedule, if needed.  Counsel for plaintiff shall place the call.

August 26, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge