IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW VANDERVEEN,<br><br>   Plaintiff,<br><br>vs.<br><br>JWANNA Y. GILZEANE, et. al;<br><br>   Defendants. | **4:14CV3011**<br><br>**ORDER** |
| KELLI VANDERVEEN,<br><br>   Plaintiff,<br><br>vs.<br><br>JWANNA Y. GILZEANE, et. al;<br><br>   Defendants. | **4:14CV3012** |

  This case was previously consolidated for discovery and pretrial preparation, including the pretrial conference setting. (Filing No. 21). The parties have now jointly moved to consolidate it for trial as well, and the plaintiff has moved to file a First Amended Complaint. (Filing No. 33). The defendant does not oppose the motion to amend, and consolidating the cases for all purposes will serve the interests of justice and judicial economy. Accordingly,

  IT IS ORDERED:

1)  The plaintiff's motion to amend is granted, and plaintiff's amended complaint shall be filed on or before November 5, 2014.

2)  The following cases are consolidated for all stages of the case prior to appeal, including trial:

    4:14-cv-03011-CRZ <u>Vanderveen v. Gilzeane et al</u>
    4:14-cv-03012-CRZ <u>Vanderveen v. Gilzeane et al</u>

3)   4:14-cv-03011-CRZ <u>Vanderveen v. Gilzeane et al</u> is hereby designated as the "Lead Case," and 4:14-cv-03012-CRZ <u>Vanderveen v. Gilzeane et al</u> is designated as a "Member Case."

4)   The court's CM/ECF System has the capacity for "spreading" text among consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in the Member Case. To this end, the parties are instructed to file in the Lead Case, 4:14-cv-03011-CRZ <u>Vanderveen v. Gilzeane et al</u>, all further documents except those described in paragraph 4 and to select the option "yes" in response to the System's question of whether to spread the text.

5)   The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; to file items related to service of process; or to file notices of appeal.

6)   If a party believes that an item in addition to those described in paragraph 5 should not be filed in both of these consolidated cases, the party must move for permission to file the item in only one of the cases. The motion must be filed in both of the consolidated cases using the spread text feature.

October 29, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge