IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW VANDERVEEN,<br><br>        Plaintiff,<br><br>vs.<br><br>JWANNA Y. GILZEANE, et. al;<br><br>        Defendants. | **4:14CV3011**<br><br>**ORDER OF DISMISSAL** |
| KELLI VANDERVEEN,<br><br>        Plaintiff,<br><br>vs.<br><br>JWANNA Y. GILZEANE, et. al;<br><br>       Defendants. | **4:14CV3012** |

Pursuant to the plaintiffs' unopposed motion to dismiss,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against Freedom Funding and Leasing, Inc.; R+L Carriers, Inc.; R+L Transfer, Inc.; Greenwood Motor Lines, Inc.; and American Transportation Services, LLC. are dismissed without prejudice, each party to pay their own costs and attorney fees.

October 30, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge