IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREW VANDERVEEN, an individual; | |
| Plaintiff, | 4:14CV3011 |
| vs. | ORDER |
| JWANNA Y. GILZEANE, et. al; | |
| Defendants. | |
| KELLI VANDERVEEN, an individual; | |
| Plaintiff, | 4:14CV3012 |
| vs. | |
| JWANNA Y. GILZEANE, et. al; | |
| Defendants. | |

Mediation is scheduled for January 28, 2015.

Accordingly,

IT IS ORDERED:

1) The pretrial conference and trial are continued pending further order of the court.

2) If this case is not resolved through mediation, on or before February 9, 2015, counsel shall jointly contact my chambers to schedule a new pretrial conference and trial date.

January 6, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge