IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLI VANDERVEEN, an Individual and ANDREW VANDERVEEN, an Individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>JWANNA Y. GILZEANE and RONALD R. GILZEANE, Wife and Husband, RONGIL TRANSPORTATION, LLC a Georgia Corporation; PARAMOUNT FREIGHT SYSTEMS, LLC, an Ohio Corporation,<br><br>        Defendants. | CASE NO. 4:14-cv-3011<br><br><br><br>JUDGMENT OF DISMISSAL |

This matter is before the Court upon the Amended Stipulation and Joint Motion of the parties for dismissal, Filing No. __44__. Upon consideration of said Amended Stipulation and Joint Motion, the Court finds that the Order should be entered accordingly.

IT IS THEREFORE ORDERED that the plaintiffs' consolidated Amended Complaint and all claims for relief or causes of action stated therein against the defendants should be, and is hereby dismissed with prejudice and with costs taxed to the parties incurring the same.

February 26, 2015.

BY THE COURT:

_____
Cheryl R. Zwart
United States Magistrate Judge